## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Melanie Greening, | Civil No. 11-1389 (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER FOR JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| Wal-Mart Stores, Inc., | |
| Defendant. | |

Based upon the parties' Stipulation for Dismissal With Prejudice (Doc. No. 14), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, without costs or disbursements to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  February 23, 2012

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge